IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LORETTA COCO, on Behalf of Herself and Others Similarly Situated    PLAINTIFF, | * | CIVIL ACTION |
| v. | * | |
| | | FILE NO: 4-12-cv-214 (CDL) |
| BUILDERS FIRSTSOURCE SOUTHEAST GROUP, LLC.    DEFENDANT. | * | Jury Trial Demanded |
| | * | |

## **DISMISSAL WITH PREJUDICE**

Comes now Plaintiff and, pursuant to FRCP 41 (a)(1) and dismisses the above captioned matter with prejudice

Respectfully submitted this 26th day of October, 2012.


/s/ John W. Roper
John W. Roper, Esq.
Georgia Bar No: 614159
The Roper Law Firm
5353 Veterans Parkway
Suite D
Columbus, Georgia 31904
(706) 596-5353
johnroper@roperlaw.com
*Attorney for Plaintiff*